# EXHIBIT A

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Ain't Too Proud To Beg |
| Line 3 | Writer(s) | Eddie Holland, Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 5/9/66 |
| Line 6 | Registration No(s). | Ep 216556 |
| Line 7 | Date(s) of Infringement | 6/24/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Another One Bites The Dust |
| Line 3 | Writer(s) | John Deacon |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 7/3/80 |
| Line 6 | Registration No(s). | PA 73-494 |
| Line 7 | Date(s) of Infringement | 6/23/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |



EXHIBIT A

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 6/24/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Boogie Oogie Oogie |
| Line 3 | Writer(s) | Janice Marie Johnson; Perry Kibble |
| Line 4 | Publisher Plaintiff(s) | Janice-Marie Vercher, an individual d/b/a Conducive Music; Spirit One Music, a Division of Spirit Music Group Inc.; Embassy Music Corporation |
| Line 5 | Date(s) of Registration | 5/2/78 |
| Line 6 | Registration No(s). | PA 5-715 |
| Line 7 | Date(s) of Infringement | 6/23/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Grease |
| Line 3 | Writer(s) | Barry Gibb |
| Line 4 | Publisher Plaintiff(s) | Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/16/78 |
| Line 6 | Registration No(s). | PAu 13-063 |
| Line 7 | Date(s) of Infringement | 6/24/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | I Heard It Through The Grapevine a/k/a Heard It Through The Grapevine |
| Line 3 | Writer(s) | Norman Whitfield, Barrett Strong |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 8/24/66 |
| Line 6 | Registration No(s). | Ep 220700 |
| Line 7 | Date(s) of Infringement | 6/24/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | I Wanna Dance With Somebody Who Loves Me a/k/a Somebody Who Loves Me |
| Line 3 | Writer(s) | George Merrill; Shannon Rubicam |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Shannon Rubicam and George Robert Merrill, a partnership d/b/a Boy Meets Girl Music |
| Line 5 | Date(s) of Registration | 11/10/86    6/15/87<br>6/30/87 |
| Line 6 | Registration No(s). | PAu 901-755    PA 343-550<br>PAu 985-995 |
| Line 7 | Date(s) of Infringement | 6/23/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Mr. Big Stuff |
| Line 3 | Writer(s) | Joe Broussard; Ralph Williams; Carrol Washington |
| Line 4 | Publisher Plaintiff(s) | Caraljo Music, Incorporated; Malaco Music Company; Peermusic III, Ltd. |
| Line 5 | Date(s) of Registration | 3/25/71   7/15/71 |
| Line 6 | Registration No(s). | Eu 242623   Ep 289151 |
| Line 7 | Date(s) of Infringement | 6/24/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Papa's Got A Brand New Bag |
| Line 3 | Writer(s) | James Brown |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company |
| Line 5 | Date(s) of Registration | 6/30/65   9/29/65 |
| Line 6 | Registration No(s). | Ep 204266   Ep 207820 |
| Line 7 | Date(s) of Infringement | 6/23/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | You Can't Hurry Love |
| Line 3 | Writer(s) | Eddie Holland; Lamont Dozier; Brian Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 6/14/65 |
| Line 6 | Registration No(s). | Ep 203453 |
| Line 7 | Date(s) of Infringement | 6/24/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | You Keep Me Hangin' On |
| Line 3 | Writer(s) | Eddie Holland; Lamont Dozier; Brian Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 8/8/66 |
| Line 6 | Registration No(s). | Ep 220063 |
| Line 7 | Date(s) of Infringement | 6/23/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 12 | |
| Line 2 | Musical Composition | Payback a/k/a The Payback | |
| Line 3 | Writer(s) | James Brown; Fred Wesley; John Starks | |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company | |
| Line 5 | Date(s) of Registration | 1/5/01 | 12/11/73 |
| Line 6 | Registration No(s). | RE 841-902 | Eu 449756 |
| Line 7 | Date(s) of Infringement | 6/23/2018 | |
| Line 8 | Place of Infringement | Tom Grainey's | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 13 | |
| Line 2 | Musical Composition | Make It Funky | |
| Line 3 | Writer(s) | James Brown; Charles Bobbit | |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company | |
| Line 5 | Date(s) of Registration | 8/12/71 | 8/12/71 |
| Line 6 | Registration No(s). | Eu 273303 | Eu 273304 |
| Line 7 | Date(s) of Infringement | 6/23/2018 | |
| Line 8 | Place of Infringement | Tom Grainey's | |

| Line 1 | Claim No. | 14 | |
|---|---|---|---|
| Line 2 | Musical Composition | Use Me | |
| Line 3 | Writer(s) | Bill Withers | |
| Line 4 | Publisher Plaintiff(s) | Interior Music Corp. | |
| Line 5 | Date(s) of Registration | 12/13/00 | 4/24/72 |
| Line 6 | Registration No(s). | RE 832-587 | Eu 325138 |
| Line 7 | Date(s) of Infringement | 6/24/2018 | |
| Line 8 | Place of Infringement | Tom Grainey's | |

| Line 1 | Claim No. | 15 |
|---|---|---|
| Line 2 | Musical Composition | Country Ghetto |
| Line 3 | Writer(s) | John Grey higginbotham |
| Line 4 | Publisher Plaintiff(s) | JJ Grey Music, Inc. |
| Line 5 | Date(s) of Registration | 12/6/07 |
| Line 6 | Registration No(s). | PA 1-617-511 |
| Line 7 | Date(s) of Infringement | 6/24/2018 |
| Line 8 | Place of Infringement | Tom Grainey's |